UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANIO CESAR PICKLER AGUIAR,

                                    Appellant,

                    -v-

MATLINPATTERSON GLOBAL OPPORTUNITIES
PARTNERS II L.P. et al.,

                          Appellees.

22 Civ. 8136 (PAE)

ORDER

VANIO CESAR PICKLER AGUIAR,

                                    Appellant,

                    -v-

MATLINPATTERSON GLOBAL OPPORTUNITIES
PARTNERS II L.P. et al.,

                          Appellees.

22 Civ. 8110 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 2, 2022, the Court held a telephonic conference in these related matters.

*See* Dkt. 22.  As previewed to the parties, the Court hereby sets the following briefing schedule:

- Appellant's opening brief is due November 29, 2022.

- Appellees' opposition briefs are due December 23, 2022.

- Appellant's reply brief is due January 11, 2023.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: November 2, 2022
       New York, New York