UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANIO CESAR PICKLER AGUIAR,<br><br>                              Appellant,<br>          -v-<br><br>MATLINPATTERSON GLOBAL OPPORTUNITIES<br>PARTNERS II L.P. et al.,<br><br>                              Appellees. | 22 Civ. 8136 (PAE)<br><br>ORDER |
| VANIO CESAR PICKLER AGUIAR,<br><br>                              Appellant,<br>          -v-<br><br>MATLINPATTERSON GLOBAL OPPORTUNITIES<br>PARTNERS II L.P. et al.,<br><br>                              Appellees. | 22 Civ. 8110 (PAE)<br><br>ORDER |
| VANIO CESAR PICKLER AGUIAR,<br><br>                              Appellant,<br>          -v-<br><br>MATLINPATTERSON GLOBAL OPPORTUNITIES<br>PARTNERS II L.P. et al.,<br><br>                              Appellees. | 22 Civ. 9568 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On November 2, 2022, the Court issued the following briefing schedule in two of these matters: 22 Civ. 8136 and 22 Civ. 8110. *See* Dkt. 22.

- Appellant's opening brief is due November 29, 2022.
- Appellees' opposition briefs are due December 23, 2022.

- Appellant's reply brief is due January 11, 2023.

On November 9, 2022, the Court accepted a third appeal—22 Civ. 9568—as related. The Court intends to set the same briefing schedule in this matter, but it can only do so upon notification that the appeal record is complete on the docket. Accordingly, the Court urges the parties to promptly file their respective records of appeal, to permit the Court to proceed to scheduling for the 22 Civ. 9568 matter.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: November 10, 2022
New York, New York